UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE M. ADAMIK, | Case No. 2:24-cv-01889-JDP (HC) |
| Petitioner, | **ORDER** |
| v. | DIRECTING PETITIONER TO FILE EITHER AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE REQUIRED FILING FEE |
| SAN JOAQUIN COUNTY SUPERIOR COURT, *et al.*, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of her request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form

1

used by this district.

IT IS SO ORDERED.

Dated:   July 18, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE